UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN HUTCHENSON,

    Plaintiff,

v.                                             Case No. 5:19cv146-TKW-MJF

SETH KILLION, et al.,

    Defendant.
_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 4). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation, I find no clear error in the magistrate judge's determination that Plaintiff's complaint does not—and even with amendment could not—state a plausible cause of action against Defendants.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Plaintiff's complaint (Doc. 1) is **DISMISSED with prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B) and §1915A(b)(1) for failure to state a claim on which relief may be granted.

3. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 15th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**